# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  | |
| ) | |
| **Plaintiff**  ) | |
| v.           ) | Crim. No.   08-194-P-S |
| ) | |
| **MICHAEL BALOT,**  ) | |
| ) | |
| **Defendant**  ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 16) filed January 21, 2009, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that Defendant's Motion to Suppress (Docket No. 10) is **<u>DENIED</u>**.

                                                           _/s/ George Z. Singal___
                                                         United States District Judge

Dated this 11th day of February, 2009.